ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
           dwrenn@grsm.com

*Attorneys for Defendant,*
*FirstService Residential Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER GOETZ, | Case No.: 2:21-cv-00336-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| FIRSTSERVICE RESIDENTIAL NEVADA, LLC, | **(First Request)** |
| Defendant. | |

    Pursuant to Local Rule 7-1, Defendant FIRSTSERVICE RESIDENTIAL NEVADA, LLC ("FirstService"), by and through its attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani, LLP, and Plaintiff CHRISTOPHER GOETZ ("Goetz"), by and through his attorneys, Daniel R. Watkins, Esq. and R. Samuel Ehlers, Esq. of Watkins & Letofsky, LLP, hereby stipulate and agree as follows:

    1. Goetz filed his Complaint on March 3, 2021.

    2. FirstService was served with the Summons and Complaint on March 5, 2021.

    3. The current deadline for FirstService to file its response to the Complaint is March 26, 2021.

    4. FirstService recently retained counsel to represent its interests in this matter.

    5. FirstService requests additional time to file its response up to and including April 9,

2021.

6. Goetz does not oppose FirstService's requested extension.

7. Accordingly, FirstService will file its response to Goetz's Complaint on April 9, 2021.

8. This stipulation is not made for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 18th day of March 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*

Robert S. Larsen, Esq.
Nevada Bar No. 7785
Dione C. Wrenn, Esq.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant,*
*FirstService Residential Nevada, LLC*

DATED this 18th day of March 2021.

**WATKINS & LETOFSKY, LLP**

*/s/ R. Samuel Ehlers*

Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
R. Samuel Ehlers
Nevada State Bar No. 9313
8935 S. Pecos Boulevard, Suite 22A
Las Vegas, Nevada 89074
*Attorney for Plaintiff,*
*Christopher Goetz*

**IT IS SO ORDERED.**

_____
**ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**

**DATED this 18th day of March, 2021.**