Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Michael DiRenzo, Esq.
Nevada State Bar No. 13104
mdirenzo@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Suite 22A
Henderson, Nevada 89074
Office:(702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, Christopher Goetz

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER GOETZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRSTSERVICE RESIDENTIAL, NEVADA, LLC., and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-00336-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　Plaintiff, Christopher Goetz ("Plaintiff") and Defendants FirstService Residential, Nevada LLC., (hereinafter "Defendants"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

///

///

///

///

Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 16th day of July 2021.   DATED this 16th day of July 2021.

**WATKINS & LETOFSKY, LLP**   **GORDON REES SCULLY MANSUKHANI**

*/s/ Michael A. DiRenzo*   */s/ Dione C. Wrenn*

_____   _____

Michael A. DiRenzo, Esq.   Dione C. Wrenn, Esq.
Nevada State Bar No. 13104   Nevada Bar No. 13285
8935 S. Pecos Road, Suite 22A   300 South 4th Street, Suite 1550
Las Vegas, Nevada 89074   Las Vegas, Nevada 89101
Attorney for Plaintiff   Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this   16   day of July, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT